IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| REBECCA L. SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-00758-CV-W-SWH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff filed a Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, or Alternatively, Pursuant to 42 U.S.C. § 406(b) (doc. #23). The motion requests an award in the amount of $7,000.02, which represents 40.5 hours of attorney time at the rate of $172.84 per hour. In response, defense counsel states that defendant has no objection to plaintiff's fee request in the amount of $7,000.02 (doc. #26). Therefore, it is

ORDERED that plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, or Alternatively, Pursuant to 42 U.S.C. § 406(b) (doc. #23) is granted. Attorney fees in the amount of $7,000.02 are awarded to plaintiff.

                                        */s/ Sarah W. Hays*
                                      SARAH W. HAYS
                        UNITED STATES MAGISTRATE JUDGE